# UNITED STATES DISTRICT COURT
## District of Maine

RASHAUN JONES,                      )
                                    )
        **Plaintiff**               )
                                    )
**v.**                              )     **Crim. No. 05-84-P-S**
                                    )     **Civil No. 09-202-P-S**
UNITED STATES OF AMERICA,           )
                                    )
        **Defendant**              )
                                    )


## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE


The United States Magistrate Judge filed with the Court on May 10, 2010, her Recommended Decision (Docket No. 25). Plaintiff filed his Objection to the Recommended Decision (Docket No. 26) on May 24, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1.     It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.     It is hereby **ORDERED** that Plaintiff's 28 U.S.C. § 2255 Motion (Docket No. 1) is **DENIED**.

3.      It is also hereby **ORDERED** that a certificate of appealability shall not issue in the event Plaintiff files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

/s/George Z. Singal_____
U.S. District Judge

Dated this 15th day of June, 2010.